**Order entered December 23, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00581-CV

## SIMON MENGELE, Appellant

## V.

## UNITED TOWS, LLC AND HENRY MILLER, Appellees

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-06296-A**

## ORDER

Before the Court is appellant's December 19, 2019 request for an extension of time to file his opening brief. Appellant's brief was initially due September 26, 2019. The motion does not state what amount of time appellant is seeking as an extension.

We **GRANT** the request and **ORDER** the brief filed no later than January 10, 2020. Appellant is cautioned that the failure to file a brief by that day may result in the appeal being dismissed for want of prosecution without further notice. *See* TEX. R. APP. P. 38.8(a).

/s/     BILL WHITEHILL
         JUSTICE